AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | )  |
|---|---|
| v. | ) Case: 1:23-mj-00208 |
| Jared Miller | ) Assigned To : Upadhyaya, Moxila A. |
|  | ) Assign. Date : 8/17/2023 |
|  | ) Description: Complaint W/ Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jared Miller ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds.
18 U.S.C. § 1752(a)(4)-Engaging In Physical Violence in a Restricted Building or Grounds.;
40 U.S.C. § 5104(e)(2) (E)-obstruct, or impede passage through or within, the Grounds or any of the Capitol Buildings.
40 U.S.C. § 5104(e)(2)(F)- Violent Entry and Disorderly Conduct.
18 U.S.C. § 111(a)(1)-Assaulting, Resisting, or Impeding Certain Officers.
18 U.S.C. § 231(a)(3)-Civil Disorder.

Date: 08/17/2023

*Issuing officer's signature*

City and state:   Washington, D.C.         Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 8/17/23 , and the person was arrested on *(date)* 8/23/23
at *(city and state)* Chesapeake, VA

Date: 8/23/23

*Arresting officer's signature*

Rakesha Dawley, Special Agent
*Printed name and title*